IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| GEORGE S. RHODES, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 5:16-cv-00005-C |
| | § | |
| HARTFORD LIFE AND ACCIDENT | § | |
| INSURANCE COMPANY, | § | |
| Defendant. | § | |

# RULE 29 DISCOVERY STIPULATION

Plaintiff George S. Rhodes and Defendant Hartford Life and Accident Insurance Company hereby stipulate to the following discovery modification:

Plaintiff has agreed to allow Defendant an extension of time, until July 29, 2016, to serve its responses and objections to, and seek protection from, the following discovery propounded to Defendant, including the following:

1. Plaintiff's First Set of Interrogatories Propounded to Hartford Life and Accident Insurance Company served on May 12, 2016; and

2. First Set of Requests for Production Propounded to Hartford Life and Accident Insurance Company served on May 12, 2016.

Dated May 31, 2016.

                           Respectfully submitted,

| */s/ Jeffrey E. Dahl* | */s/ Lisa Magids* |
|---|---|
| Jeffrey E. Dahl | Lisa Magids |
| State Bar No. 05310900 | State Bar No. 24002600 |
| LAW OFFICE OF JEFFREY E. DAHL | SEDGWICK LLP |
| 405 N. St. Mary's St., Suite 242 | 919 Congress Ave., Suite 1250 |
| San Antonio, TX  78205 | Austin, TX  78701 |
| (210) 527-0900 | (512) 481-8469 |
| (210) 527-0901 – facsimile | (877) 547-2790 - facsimile |
| jdahl@erisaattorneyintexas.com | lisa.magids@sedgwicklaw.com |
| | |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |
| **GEORGE S. RHODES** | **HARTFORD LIFE AND ACCIDENT** |
| | **INSURANCE COMPANY** |