IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| GEORGE S. RHODES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | ) ) |
| | ) |
| Defendant. | ) Civil Action No. 5:16-CV-005-C |

## ORDER OF DISMISSAL

The Court having considered the Joint Stipulation of Dismissal with Prejudice filed July 21, 2016,

IT IS ORDERED that the above-styled and -numbered civil action is **DISMISSED** with prejudice, with costs taxed against the party incurring same.

Dated this 25th day of July, 2016.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE